UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

**FILED**

DEC - 5 2005

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

| | |
|---|---|
| Filer's Name: HAWS, THOMAS MICHAEL | Atty Name (if applicable): _____ |
| Street Address: 24843 DEL PRADO #488 | CA Bar No. (if applicable): _____ |
| DANA POINT, CA 92629 | Atty Fax No. (if applicable): _____ |
| Filer's Telephone No.: (949)310-8222 | |

| | |
|---|---|
| In re: HAWS, THOMAS MICHAEL | Case No. 05-21549 RA _____ |
| | Chapter 7 X , 11 _____ , 13 _____ |

## AMENDED SCHEDULE(S)

A filing fee of $20.00 is required to amend any or all of Schedules "D" through "F." An addendem mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?       Yes X ___       No _____

Indicate below which schedule(s) is(are) being amended.

A, ____   B, ____   C, ____   D, ____   E, ____   F, X   G, ____   H, ____   I, ____   J, ____

Statement of Financial Affairs ____     Statement of Intention ____     Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, THOMAS MICHAEL HAWS _____ , the person(s) who subscribed to the foregoing Amended Schedule(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 12/5/05

_____
Debtor Signature
HAWS, THOMAS MICHAEL

_____
Co-Debtor Signature

**_____ ** FOR COURT USE ONLY ** _____**

## ** SEE REVERSE SIDE **

B-1008 *Revised 2/99*

B-1008

## PROOF OF SERVICE

I. hereby certify that a copy of the Amendment(s) was(were)  mailed to the Trustee and that notice
was given to the additional creditors listed.

DATED: 12/5/05

HAWS, THOMAS MICHAEL
Print or Type Name

Signature

(SEE ATTACHED MAILING LIST.)

# United States Bankruptcy Court

CENTRAL _____ **District of** CALIFORNIA _____

In re HAWS, THOMAS MICHAEL _____
                    Debtor

Case No. 05-21549 RA

Chapter: 7          (if known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from schedules A and B to determine the total amount of the debtor's assets. Add the amounts from schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A   Real Property | Yes | 1 | $         0.00 | | |
| B   Personal Property | Yes | 2 | $     1,100.00 | | |
| C   Property Claimed As Exempt | Yes | 1 | | | |
| D   Creditor Holding Secured Claims | Yes | 1 | | $         0.00 | |
| E   Creditors Holding Unsecured Priority Claims | Yes | 3 | | $   732,070.00 | |
| F   Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $   107,237.00 | |
| G   Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H   Codebtors | Yes | 1 | | | |
| I   Current Income of Individual Debtor(s) | Yes | 1 | | | $         0.00 |
| J   Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $       375.00 |
| Total Number of sheets in All Schedules | | 15 | | | |
| Total Assets | | | $     1,100.00 | | |
| Total Liabilities | | | | $   839,307.00 | |

FORM B6
(12/95)

In re HAWS, THOMAS MICHAEL
_____
Debtor

Case No. 05-21549 RA
_____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total total on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 754 <br> AMERICAN AGENCIES <br> 2158 W 190TH ST <br> TORRANCE, CA 90509 | | COLLECTION FOR PACIFIC BELL | | | | 1,200.00 |
| ACCOUNT NO. 23451000 <br> ASSET ACCEPTANCE <br> PO BOX 2036 <br> WARREN, MI 48090 | | COLLECTION FOR PACIFIC BELL SBC | | | | 400.00 |
| ACCOUNT NO. 8177794 <br> CBA COLLECTION BUREAU <br> PO BOX 1176 <br> SAN MATEO, CA 94403 | | COLLECTION FOR PACIFIC BELL | | | | 600.00 |
| ACCOUNT NO. TT10R003068033288 <br> CMRE FINANCIAL <br> 3350 E BIRCH ST #200 <br> BREA, CA 92821 | | COLLECTION FOR MEDICAL PAYMENT DATA | | | | 150.00 |

_2_ continuation sheets attached

Page Total    $    2,350.00

FORM B6F
(12/96

In re HAWS, THOMAS MICHAEL                                    Case No. 05-21549 RA
              Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 05-721595315 <br> CREDIT COLLECTION SVCS <br> TWO WELLS AVE <br> NEWTON, MA 02459 | | COLLECTION FOR PROGRESSIVE INSURANCE | | | | 600.00 |
| ACCOUNT NO. 143730766 <br> HUNTINGTON BEACH HOSP <br> 3033 W ORANGE AVE. <br> ANAHEIM, CA 92804 | | 23450646 <br> 23453871 <br> MEDICAL SERVICES | | | | 2,500.00 |
| ACCOUNT NO. 4230400839 <br> I C SYSTEMS <br> PO BOX 64378 <br> ST. PAUL, MN 55164 | | COLLECTION SWART FELICIANI CPA/MEDICAL PAYMENT DATA | | | | 1,200.00 |
| ACCOUNT NO. 14821284 <br> JJ MACINTYRE <br> 1601 CALIFORNIA AVE. <br> CORONA, CA 92881 | | COLLECTION FOR MISSION HOSPITAL | | | | 500.00 |
| ACCOUNT NO. 14821284 <br> MISSION HOSPITAL <br> 27700 MEDICAL CENTER RD <br> MISSION VIEJO, CA 92691 | | MEDICAL SERVICES | | | | 2,500.00 |

Sheet no. 1 of 2 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Page Total $ | 7,300.00

In re HAWS, THOMAS MICHAEL

Debtor

Case No. 05-21549 RA

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. SC20020641837<br>SAN BERNARDINO COUNTY<br>222 W HOSPITALITY LANE<br>SAN BERNARDINO, CA 92401 | | STATE TAX LIEN | | | | 97,587.00 |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |

Sheet no. 2 of 2 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Page Total    $    97,587.00

Schedule Total    $    107,237.00

FORM B6 - Cont
(12/94)

In re HAWS, THOMAS MICHAEL

Case No. 05-21549 RA
(If known)

_____
Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____16____ sheets. and that they are true and correct to the best of my knowledge. information, and belief.
*(Total shown on summary page plus 1.)*

Date 12/5/05          Signature: _____
HAWS, THOMAS MICHAEL
Debtor

Date _____         Signature: _____
*(Joint Debtor, if any)*

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110. that I prepared this document for compensation. and that I have provided the debtor with a copy of this document.

SANDY CRIST                                     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
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

24881 ALICIA PKWY #E

LAGUNA HILLS, CA 92653
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____                 12/5/05
Signature of Bankruptcy Petition Preparer                  Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury declare that I have read the foregoing summary and schedules, consisting of ____ ____ sheets. and that they are true and correct to the best of my knowledge. information, and belief.
*(Total shown on summary page plus 1.)*

Date _____         Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

--------------------------------------------------------------------------------

B6L

# UNITED STATES BANKRUPTCY COURT

CENTRAL    **DISTRICT OF CALIFORNIA**

IN RE: HAWS, THOMAS MICHAEL

**CASE NO.** 05-21549 RA

Debtor(s).

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney, if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 4_____ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 105(6) and I/we assume all responsibility for errors and omissions.

Date: 12-5-05

Debtor
HAWS, THOMAS MICHAEL

_____
Attorney (if applicable)

_____
Joint Debtor

BK-105

HAWS, THOMAS MICHAEL
24843 DEL PRADO #488
DANA POINT, CA 92629

AMERICAN AGENCIES

2158 W 190TH ST
TORRANCE, CA 90509


ASSET ACCEPTANCE

PO BOX 2036
WARREN, MI 48090


CBA COLLECTION BUREAU

PO BOX 1176
SAN MATEO, CA 94403


CMRE FINANCIAL

3350 E BIRCH ST #200
BREA, CA 92821


CREDIT COLLECTION SVCS

TWO WELLS AVE
NEWTON, MA 02459


HUNTINGTON BEACH HOSP

3033 W ORANGE AVE.
ANAHEIM, CA 92804


I C SYSTEMS

PO BOX 64378
ST. PAUL, MN 55164

INTERNAL REVENUE SVC

BANKRUPTCY UNIT
FRESNO, CA 93888


INTERNAL REVENUE SVC

BANKRUPTCY UNIT
FRESNO, CA 93888


INTERNAL REVENUE SVC

BANKRUPTCY UNIT
FRESNO, CA 93888


INTERNAL REVENUE SVC

BANKRUPTCY UNIT
FRESNO, CA 93888


INTERNAL REVENUE SVC

BANKRUPTCY UNIT
FRESNO, CA 93888


INTERNAL REVENUE SVC

BANKRUPTCY UNIT
FRESNO, CA 93888


INTERNAL REVENUE SVC

BANKRUPTCY UNIT
FRESNO, CA 93888

INTERNAL REVENUE SVC

BANKRUPTCY UNIT
FRESNO, CA 93888


INTERNAL REVENUE SVC

BANKRUPTCY UNIT
FRESNO, CA 93888


INTERNAL REVENUE SVC

BANKRUPTCY UNIT
FRESNO, CA 93888


JJ MACINTYRE

1801 CALIFORNIA AVE.
CORONA, CA 92881


MISSION HOSPITAL

27700 MEDICAL CENTER RD
MISSION VIEJO, CA 92691


SAN BERNARDINO COUNTY

222 W HOSPITALITY LANE
SAN BERNARDINO, CA 92401